IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

JUN 2 8 2013

PER _____
DEPUTY CLERK

HUMPHREY KEATING,
    Petitioner,

v.

ERIC HOLDER, et al.,
    Respondents

CIVIL NO. 12-CV-2186

(JUDGE NEALON)
(MAGISTRATE JUDGE BLEWITT)

## ORDER

**AND NOW**, this 28th day of JUNE, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 9), is **NOT ADOPTED**;

2. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED AS MOOT**;

3. The Clerk of Court is directed to **CLOSE** this case; and

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_____
United States District Judge